AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| NATHALIE SALCEDO, individually and on behalf of all those similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> FASHION NOVA, LLC., FASHION NOVA, INC., A CALIFORNIA CORPORATION <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Fashion Nova, LLC., Fashion Nova, Inc., a California Corporation
Registered Agent
C T CORPORATION SYSTEM
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph A. Varona Esq.
Florida Bar No: 119812
E-mail:jv@plgdamage.com
PLG Damage Attorneys
2750 SW 145th Ave
Miramar, FL 33027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*