**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| NATHALIE SALCEDO,<br>individually and on behalf of all those similarly situated,<br>Plaintiff,<br><br>vs.<br><br>**FASHION NOVA, LLC., FASHION NOVA, INC., A CALIFORNIA CORPORATION**<br><br>Defendant. | Case No.: 0:26-cv-61011-WPD<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY DEMAND** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**COMES NOW** the Plaintiff, NATHALIE SALCEDO, individually and on behalf of all those similarly situated, by and through its undersigned counsel, and pursuant to ***Rule 41(a)(1), Fed.R.Civ.P***., hereby voluntarily dismiss Defendant, **FASHION NOVA, LLC., FASHION NOVA, INC., A CALIFORNIA CORPORATION** from this action without

Prejudice. Dated: May 29, 2026

Respectfully Submitted,

*/s/ Joseph Varona, Esq.*

Joseph Varona, Esq.
Florida Bar No: 119812
E-mail: jv@plglawyersfl.com
PLG Damage Attorneys
2750 SW 145th Ave
Miramar, FL 33027
Phone: 305-506-4746

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29 day of May 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: */s/ Joseph A. Varona, Esq.*

Joseph A. Varona, Esq.
Florida Bar No: 119812